

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00293-CV

ADRIAN FLORES, APPELLANT

V.

MARCOS RODRIGUEZ, JR., DBA A/C TECH, APPELLEE

On Appeal from the County Court
Lamb County, Texas
Trial Court No. CC3437, Honorable James M. DeLoach, Presiding

August 29, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Adrian Flores, appeals from the trial court's judgment. Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against

Appellant.[1]  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

---

[1] We note that Appellant's filing fee remains outstanding.